# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LEON ALLEN, on behalf of himself and all others similarly situated, | Case No. 1:23-CV-00103 |
| | Judge Solomon Oliver, Jr. |
| Plaintiff, | |
| v. | |
| WENCO MANAGEMENT, LLC, | |
| Defendant. | |

## DEFENDANT WENCO MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Wenco Management, LLC respectfully moves the Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth more fully in the attached memorandum in support.

Dated: January 25, 2023

Respectfully submitted,

*/s/ Lisa M. Ghannoum*
Lisa M. Ghannoum (80950)
Brittany N. Lockyer (97923)
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: 216.861.7872
Fax: 216.696.0740
Email: lghannoum@bakerlaw.com
blockyer@bakerlaw.com

*Attorney for Defendant Wenco Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing and all attached documents were filed electronically on January 25, 2023, and served by regular U.S. mail on all counsel of record at the address below.

**SERVICE LIST:**

Matthew R. Wilson
Michael J. Boyle, Jr.
Jared W. Connors
**MEYER WILSON CO., LPA**
305 W. Nationwide Blvd.
Columbus, OH 43215
Telephone:   614.224.6000
Facsimile:    614.224.6066
Email: mwilson@meyerwilson.com
    mboyle@meyerwilson.com
    jconnors@meyerwilson.com

/s/ *Lisa M. Ghannoum*
Lisa M. Ghannoum