UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEON ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> WENCO MANAGEMENT, LLC, <br><br> Defendant. | Case No. 1:23-cv-00103 <br><br> JUDGE SOLOMON OLIVER, JR. |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Leon Allen and Defendant Wenco Management, LLC hereby jointly stipulate to the dismissal of this action without prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jared W. Connors* | */s/ Lisa M. Ghannoum* |
| Matthew R. Wilson (72925) | Lisa M. Ghannoum (80950) |
| Jared W. Connors (101451) | Brittany N. Lockyer (97923) |
| MEYER WILSON CO., LPA | BAKER & HOSTETLER LLP |
| 305 W. Nationwide Blvd. | 127 Public Square, Ste. 2000 |
| Columbus, Ohio 43215 | Cleveland, OH 44114 |
| Tel: (614) 224-6000 | Tel: 216.861.7872 |
| Fax: (614) 224-6066 | Fax: 216.696.0740 |
| mwilson@meyerwilson.com | lghannoum@bakerlaw.com |
| jconnors@meyerwilson.com | blockyer@bakerlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

## CERTIFICATE OF SERVICE

On October 25, 2024, I caused the foregoing to be filed via the Court's CM/ECF system, which will electronically serve all parties' counsel of record.

<u>*/s/ Jared W. Connors*</u>

Jared W. Connors

2