UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEON ALLEN,<br><br>              Plaintiff,<br><br>v.<br><br>WENCO MANAGEMENT, LLC,<br><br>              Defendant. | Case No. 1:23-cv-00103<br><br>JUDGE SOLOMON OLIVER, JR. |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Leon Allen and Defendant Wenco Management, LLC hereby jointly stipulate to the dismissal of this action without prejudice.

Respectfully Submitted,

| /s/ Jared W. Connors | /s/ Lisa M. Ghannoum |
|---|---|
| Matthew R. Wilson (72925) | Lisa M. Ghannoum (80950) |
| Jared W. Connors (101451) | Brittany N. Lockyer (97923) |
| MEYER WILSON CO., LPA | BAKER & HOSTETLER LLP |
| 305 W. Nationwide Blvd. | 127 Public Square, Ste. 2000 |
| Columbus, Ohio 43215 | Cleveland, OH 44114 |
| Tel: (614) 224-6000 | Tel: 216.861.7872 |
| Fax: (614) 224-6066 | Fax: 216.696.0740 |
| mwilson@meyerwilson.com | lghannoum@bakerlaw.com |
| jconnors@meyerwilson.com | blockyer@bakerlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

I**T IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
10/25/2024

1